UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART SWOPE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LAUDY,<br><br>　　　　　　Respondent. | No. 1:23-cv-01412-SKO (HC)<br><br>**ORDER DISMISSING MOTION TO HOLD WRIT PENDING PAYMENT OF FILING FEE**<br><br>[Doc. 6] |

　　　Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 4, 2023, Petitioner filed a motion to hold the writ pending payment of the five-dollar filing fee. (Doc. 6.) Petitioner is advised that this is unnecessary since the Court authorized him to proceed in forma pauperis on September 27, 2023. (Doc. 3.) Therefore, Petitioner's motion to hold the petition is DISMISSED as moot.

IT IS SO ORDERED.

Dated: __**October 5, 2023**__　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1