UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART SWOPE,<br><br>            Petitioner,<br><br>       v.<br><br>LAUDY,<br><br>            Respondent. | Case No.: 1:23-cv-01412-SKO (HC)<br><br>ORDER DENYING MOTION TO AMEND ORIGINAL PETITION AS MOOT<br><br>[Doc. 26] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 24, 2024, Petitioner filed the instant motion to amend his petition. (Doc. 26.) Petitioner believes his petition is missing certain pages which he has attached to his motion. (Doc. 26 at 2-4.) Upon review of the petition, the Court notes that those pages were included. (Doc. 1 at 24-26.) Accordingly, the motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   **March 15, 2024**                           /s/ *Sheila K. Oberto*                .
                                                                              UNITED STATES MAGISTRATE JUDGE

1