UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ART SWOPE, | ) | Case No.: 1:23-cv-01412-SKO (HC) |
|     Petitioner, | ) ) | ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE OF APPELLATE COURT RECORDS |
|     v. | ) ) | |
| | ) ) | [Doc. 30] |
| LUNDY, | ) ) | |
|     Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 17, 2024, Petitioner filed a motion to take judicial notice of certain appellate court records, including: the Fifth District Court of Appeal opinion; Respondent's brief on appeal; the appellate court docket; a Fifth District Court of Appeal order; and a letter from the California Supreme Court. (Doc. 30.)  The Court may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); <u>United States v. Bernal-Obeso</u>, 989 F.2d 331, 333 (9th Cir. 1993).  Judicial notice may be taken of court records. <u>Valerio v. Boise Cascade Corp.</u>, 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), *aff'd*, 645 F.2d 699 (9th Cir. 1981).  As these records are part of Petitioner's direct appeal, the Court will

1

take judicial notice of them and consider them to the extent they are material to the resolution of Petitioner's claims.

Accordingly, the motion to take judicial notice is GRANTED.

IT IS SO ORDERED.

Dated:   **May 17, 2024**                                    /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE