1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ART SWOPE,                          )   Case No.: 1:23-cv-01412-SKO (HC)
                                         )
12              Petitioner,              )   ORDER GRANTING REQUEST TO FILE
                                         )   OVERSIZED TRAVERSE
13        v.                             )   [Doc. 42]
                                         )
14   LUNDY,                              )
                                         )   ORDER GRANTING EXTENSION OF TIME
15              Respondent.              )
                                         )   [DEADLINE: JULY 14, 2024]
16   _____

17        Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.

19        On July 3, 2024, Petitioner filed a motion requesting permission to file an oversized traverse.

20   Petitioner states it includes all exhibits presented to the California Supreme Court, except for two bar

21   complaints that were not presented.  The two bar complaints were not presented to the California

22   Supreme Court and will not be considered.  Title 28 U.S.C. § 2254(d)(2) (emphasis added) requires a

23   petitioner to demonstrate that the state court's decision was "based on an unreasonable determination

24   of the facts *in light of the evidence presented in the State court proceeding*."  The complaints are also

25   generally irrelevant in determining whether counsel was ineffective, because the scope of federal

26   habeas review is limited to counsel's actions or inactions in this case only.

27

28

                                         1

Accordingly, except for the two bar complaints, Petitioner's motion to file an oversized traverse is GRANTED.  In addition, the deadline for filing the traverse was June 30, 2024.  In light of Petitioner's request, the deadline is hereby EXTENDED to July 14, 2024.

IT IS SO ORDERED.

Dated:   **July 7, 2024**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE